IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE CORROLA BURTON, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 10-0350-WS-M |
| WILLIE THOMAS, | : |
| Respondent. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

DONE this 9th day of November, 2010.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE